UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v -

Cashine Jordan,

02 CR 756-08 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for April 1, 2020 is adjourned to June 3, 2020 at 11:00 a.m.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 15, 2020
New York, New York