

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **The conference is adjourned until September 15, 2020, at 4:00 p.m.  SO ORDERED.**
>
> *Loretta A. Preska*   6/2/2020

Re:  *United States v. Cashine Jordan*, 02 Cr. 756 (LAP)

Dear Judge Preska:

    The Government respectfully writes in advance of the conference scheduled in this matter for June 3, 2020 at 11 a.m. The Government has conferred with defense counsel and understands that, in light of the COVID-19 pandemic, defense counsel requests an adjournment of this conference.  The Government does not object to the request at this time.  The parties respectfully propose that the conference be adjourned to September 15, 2020 at 4 p.m. or another date set by the Court in approximately sixty to ninety days.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:  ____/s/_____
     Elinor L. Tarlow
     Assistant United States Attorney
     (212) 637-1036

cc: Defense counsel (by ECF)