UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

— v —

Cashine Jordan,

02 CR 756-08 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for September 15, 2020 is adjourned to December 16, 2020 at 10:00 a.m.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: September 1, 2020
New York, New York