UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  - v -<br><br>Cashine Jordan, | 02 CR 756-08 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for December 16, 2020 is adjourned to March 30, 2021 at 11:00 a.m.

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: December 9, 2020
New York, New York