# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

March 16, 2021

**VIA ECF**

Hon. Loretta A. Preska  
United States District Court Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York NY 10007-1312

Re: <u>United States v. Cashine Jordan</u>, 02 Cr. 756 (LAP) – Request for adjournment of hearing

Dear Judge Preska:

I am writing to request that Your Honor <u>adjourn the Violation of Supervised Release (VOSR) Hearing scheduled for March 30, 2021 to May 5, 2021 at 11:00am.</u> The additional time is necessary in order to speak with Mr. Jordan regarding the violation specifications, request the appointment of a forensic psychologist so that Mr. Jordan may be evaluated and have a report prepared regarding the evaluation. The government has taken no position with respect to this request. Accordingly, I request an adjournment of the VOSR Hearing to May 5, 2021 at 11:00am.

Respectfully,

Karloff C. Commissiong, Esq.

cc: AUSA Matthew Weinberg (via ECF)

SO ORDERED

LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE

3/17/21