## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

April 21, 2021

**VIA ECF**

Hon. Loretta A. Preska
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

> The hearing is adjourned to July 14, 2021 at 10:00 a.m.  SO ORDERED.
>
> *Loretta A. Preska*  4/26/2021

Re: United States v. Cashine Jordan, 02 Cr. 756 (LAP) – Second request for adjournment of hearing

Dear Judge Preska:

I am writing to request that Your Honor adjourn the Violation of Supervised Release (VOSR) Hearing scheduled for May 5, 2021 at 11:00am to a date in July 2021.  The additional time is necessary in order to speak with Mr. Jordan regarding the violation specifications, and for the appointment of a forensic psychologist so that Mr. Jordan may be evaluated and have a report prepared regarding the evaluation.  A request for appointment of a forensic psychologist was submitted through the e-voucher system earlier today.  Additional detail regarding Mr. Jordan's current mental state was provided in that request.  A date in July 2021 is necessary because I have also considered an anticipated appointment to a matter before Judge Cote – U.S. v. Victor Ahaiwe, 20 Cr. 179 (DLC) – scheduled for trial on June 7, 2021.

The government does not object to this request.  Accordingly, I request an adjournment of the VOSR Hearing to a date in July 2021.

Respectfully,

*[signature]*

Karloff C. Commissiong, Esq.

cc:   AUSA Elinor Tarlow (via ECF)
      AUSA Matthew Weinberg (via ECF)