# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

July 9, 2021

**VIA ECF**

Hon. Loretta A. Preska
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York NY 10007-1312

Re:  United States v. Cashine Jordan, 02 Cr. 756 (LAP) – Third request for adjournment of hearing

Dear Judge Preska:

I am writing to request that Your Honor adjourn the Violation of Supervised Release (VOSR) Hearing scheduled for July 14, 2021, to August 16, 2021, at 10:00am.  The additional time is necessary in order to speak with Mr. Jordan regarding the violation specifications, and for the appointment of a forensic psychologist so that Mr. Jordan may be evaluated and have a report prepared regarding the evaluation.  Dr. N.G. Berrill has been appointed as the forensic psychologist in this matter.  We have requested that Dr. Berrill be permitted to visit the facility and evaluate Mr. Jordan on July 20, 2021.

The government does not object to this request.  Accordingly, I request an adjournment of the VOSR Hearing to August 16, 2021, at 10:00am.

Respectfully,

*[signature]*

Karloff C. Commissiong, Esq.

The hearing scheduled for July 14, 2021 is adjourned to August 16, 2021 at 10:00 a.m.  SO ORDERED.

*[signature: Loretta A. Preska]*  7/15/2021

cc:    AUSA Elinor Tarlow (via ECF)
       AUSA Matthew Weinberg (via ECF)